**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VELOZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED PARCEL SERVICE, INC., et al.,<br><br>                    Defendants. | Case No. 5:21-cv-01766-FLA (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant United Parcel Service, Inc. and the action is DISMISSED WITH PREJUDICE.  The court orders that such judgment be entered.

IT IS SO ORDERED.

Dated: July 18, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1